**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-00663-WJM

RALPH ABEYTA, *et al.*

      Plaintiffs,

v.

CF&I STEEL, L.P., a Delaware Limited Partnership, d/b/a EVRAZ ROCKY MOUNTAIN STEEL,

      Defendant.

**ORDER OF RECUSAL**

This matter is before Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995).  The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

The plaintiffs in this case are represented by my former law firm.  Moreover, the matter was being investigated for filing while I was a partner there.  Accordingly, I find that a reasonable person would harbor doubts about my impartiality.  As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby recuse myself from this case.  It is therefore

1

ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

Dated this 23rd day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge