**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 11-cv-00663-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** June 24, 2011 | **Courtroom Deputy:** Linda Kahoe |

RALPH ABEYTA, *et al.*,                               Mathew S. Shechter
                                                                             Todd John McNamara
      Plaintiffs,

      v.

CF&I STEEL, L.P.,                                         Jeffrey Thomas Johnson

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      8:29 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Joint Motion for Temporary Stay of Case, doc #[13], filed 6/14/2011.

The court suggests that counsel discuss going forward with limited discovery and to contact chambers to set a Status Conference.

**ORDERED:**   The Joint Motion for Temporary Stay of Case, doc #[13], is **HELD IN ABEYANCE** pending the outcome of discussions during the Status Conference.

HEARING CONCLUDED.

**Court in recess**:        **8:43 a.m.**
Total time in court:     00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.