IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-0663-RBJ-CBS

RALPH ABEYTA, et al,

　　　　Plaintiffs,

v.

CF&I STEEL, L.P., a Delaware Limited Partnership,
d/b/a Evraz Rocky Mountain Steel,

　　　　Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

　　　　This matter has been scheduled for a **three-week trial to the Court** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **December 3, 2012 at 9:00 a.m.**

　　　　A Trial Preparation Conference is set for **November 16, 2012 at 11:00 a.m.** Counsel who will try the case shall attend in person.

　　　　During the Trial Preparation Conference the parties should be prepared to address: witnesses, evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

　　　　For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

　　　　DATED this 18th day of November, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge