### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-00663-RBJ-CBS
_____

RALPH ABEYTA, ET AL.

Individually, and on Behalf of Others Similarly Situated,

    Plaintiffs,

v.

CF&I STEEL, L.P., a Delaware Limited Partnership, d/b/a EVRAZ ROCKY MOUNTAIN STEEL,

    Defendant.
_____

### UNOPPOSED MOTION FOR DISMISSAL WITHOUT PREJUDICE
_____

    COME NOW Plaintiffs Thomas Cawley, Leonard Flores, Jr., Charles Herrera, Jennifer Herrera, Eric Ludwig, Clifford Morgan, Fred Pacheco, Larry Rout, Harold Trujillo and Ray Zupanic, by and through their counsel, MCNAMARA ROSEMAN & KAZMIERSKI LLP, and respectfully request this Court enter an Order dismissing them from the within litigation, with each side to bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a), and as grounds therefore state as follows:

    1.    This matter was brought by more than 450 Plainitffs who made claims against Defendant Evraz Rocky Mountain Steel ("ERMS") alleging various FLSA violations. ERMS denies Plaintiffs' allegations.

2.	Plaintiffs Thomas Cawley, Leonard Flores, Jr., Charles Herrera, Jennifer Herrera, Eric Ludwig, Clifford Morgan, Fred Pacheco, Larry Rout, Harold Trujillo and Ray Zupanic no longer wish to pursue this litigation against ERMS and have indicated that they wish to be dropped from the lawsuit. Therefore, these Plaintiffs seek an Order of the Court dismissing them from the lawsuit without prejudice, with each side to bear its own costs and attorneys' fees.

7.	Pursuant to D.C.Colo.L.Civ.R. 7.1(a), the undersigned has conferred with counsel for Evraz regarding this motion. Defendant ERMS does not object to the relief sought herein.

WHEREFORE, Plaintiffs Thomas Cawley, Leonard Flores, Jr., Charles Herrera, Jennifer Herrera, Eric Ludwig, Clifford Morgan, Fred Pacheco, Larry Rout, Harold Trujillo and Ray Zupanic respectfully pray for an Order of this honorable Court dismissing them from the within litigation without prejudice, with each side to bear their own costs or attorneys' fees, and for such other and further relief as the Court deems proper.

Respectfully submitted this 27th day of April, 2012.

McNAMARA ROSEMAN & KAZMIERSKI LLP

*s/Mathew S. Shechter, Esq.*
Todd J. McNamara, Esq.
Mathew S. Shechter, Esq.
1640 East 18th Avenue
Denver, Colorado 80218
(303) 333-8700
Fax: (303) 331-6967
Email:  tjm@18thavelaw.com
          mss@18thavelaw.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 27, 2012, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was caused to be served via the Internet to the Court-authorized service provider for electronic and/or other service to the following parties:

Jeffrey Johnson, Esq.
Steven Gutierrez, Esq.
Emily Hobbs-Wright, Esq.
Bradford Williams, Esq.
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202

**Counsel for Defendant Evraz Rocky Mountain Steel**

                                             _s/Julia A. Sasson_____
                                             Julia A. Sasson