IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-0663-RBJ-CBS

RALPH ABEYTA, et al,

    Plaintiffs,

v.

CF&I STEEL, L.P., a Delaware Limited Partnership d/b/a Evraz Rocky Mountain Steel,

    Defendant.

---

AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **three-week trial to the Court** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **May 7, 2013 at 9:00 a.m.**

A Trial Preparation Conference is set for **April 12, 2013 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: witnesses, evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 8th day of May, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge