IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: September 5, 2012 |
| Court Reporter:    Kara Spitler | |

Civil Action No. 11-cv-00663-RBJ-CBS

| *Parties*: | *Counsel*: |
|---|---|
| RALPH ABEYTA ET AL., | Matthew Shechter |
| | Todd McNamara |
|     Plaintiff, | |
| v. | |
| CF&I STEEL, L.P., | Bradford Williams |
| | Jeffrey Johnson |
|     Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:**      **8:54 a.m.**

Appearances of counsel.

Opening remarks by the Court.

Mr. McNamara makes a record as to the proposed settlement agreement.

Mr. Johnson addresses the Court.

For the reasons and findings as stated on the record, it is;

**ORDERED:**   Joint Motion for Final Approval of FLSA Settlement Doc.# [57] is GRANTED.

**Court in recess:** 9:39 a.m.

Hearing concluded.

Total time: 00:45