IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00663-RBJ-CBS

RALPH ABEYTA, ET AL.,
Individually, and on Behalf of Others Similarly Situated,

    Plaintiffs,

v.

CF&I STELL, L.P., a Delaware Limited Partnership, d/b/a EVRAZ ROCKY MOUNTAIN STEEL,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order of Dismissal with Prejudice [#64] filed September 5, 2012, by the Honorable R. Brooke Jackson, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the parties' Settlement Agreement is hereby APPROVED.  It is further

ORDERED that all claims of all individually-named and opt-in Plaintiffs in this case are hereby DISMISSED WITH PREJUDICE on the merits, with the parties to bear their own attorneys' fees and costs, except as otherwise set forth in the Settlement Agreement.

DATED at Denver, Colorado this September 17th, 2012.

                              FOR THE COURT:

                              Jeffrey P. Colwell, Clerk

                              By s/ Edward P. Butler
                                  Edward P. Butler
                                  Deputy Clerk